**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARY BECENTI,

Plaintiff,

No. 2:17-cv-01139-JB-KRS

v.

KELLY S. O'CONNELL,

Defendant.

## ORDER VACATING SCHEDULING CONFERENCE

THIS MATTER is before the Court *sua sponte*. On January 3, 2018, this case was reassigned to United States District Judge James O. Browning as the trial judge. In light of Judge Browning's preference to conduct both dispositive and non-dispositive proceedings in those matters assigned to him, the Court will vacate the telephonic Rule 16 scheduling conference presently scheduled for February 1, 2018, at 9:45 a.m.

**IT IS, THEREFORE, ORDERED** that the telephonic Rule 16 scheduling conference set for **February 1, 2018, at 9:45 a.m.** is **VACATED**.

Kevin Sweazea
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE